**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROBERT L. CARTER, ET AL**

**VERSUS**

**ST. HELENA PARISH SCHOOL BOARD, ET AL.**

**CIVIL ACTION**

**NO. 52-1068-BAJ-RLB**

# JUDGMENT

**IN CONSIDERATION** of the *Joint Motion for Declaration of Unitary Status and Dismissal*, Document 593, submitted by the Defendant, St. Helena Parish School Board, the Private Plaintiffs, and the Plaintiff-Intervenor, the United States of America,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Joint Motion for Declaration of Unitary Status and Dismissal*, Document 593, is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the permanent injunctions and all such injunctions emanating therefrom shall be and are hereby **DISSOLVED**, and this matter is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 14th day of March, 2018.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**